UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CLAUDIA MALDONADO VALENCIA | No. 21 CR 674-3<br><br>Honorable Steven C. Seeger |

**GOVERNMENT'S UNOPPOSED MOTION TO DISMISS COMPLAINT AS TO CLAUDIA MALDONADO VALENCIA**

The UNITED STATES OF AMERICA, by its attorney, MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, respectfully moves this Court for a dismissal, without prejudice, of the charge in the complaint against defendant CLAUDIA MALDONADO VALENCIA pursuant to Fed. R. Crim. P. 48(a) and states as follows:

1. On November 2, 2021, defendant CLAUDIA MALDONADO VALENCIA ("VALENCIA") was charged in case number 21 CR 674 with conspiracy, from November 8, 2020 to September 19, 2021, to possess with intent to distribute and distribute five kilograms or more of cocaine, in violation of Title 21, United States Code, Section 846. Dkt. 1.

2. On March 3, 2022, VALENCIA was charged by indictment in case number 22 CR 120 with (1) conspiracy to possess with intent to distribute and distribute 500 grams or more of cocaine, in violation of Title 21 United States Code, Section 846; and (2) possession with intent to distribute 500 grams or more of cocaine, in violation of Title 21,

United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2. The charged conduct occurred on June 14, 2021, during the timeframe of the charge against VALENCIA in the complaint in case number 21 CR 674. *See* 22 CR 120 (Pacold, J.) Dkt. 1.

3. On March 22, 2023, VALENCIA pleaded guilty to a superseding information charging her with conspiracy to possess with intent to distribute and distribute a quantity of cocaine, in violation of Title 21, United State Code, Section 846, in case number 22 CR 120. *Id.* Dkt. 47, 51, 52.

4. On July 20, 2023, VALENCIA was sentenced to 24 months' imprisonment, and a 3 year term of supervised release, in case number 22 CR 120. *Id.* Dkt. 60.

5. In addition to her current sentence, VALENCIA is subject to an immigration detainer, which has been lodged against her by Immigration and Customs Enforcement. *See* 22 CR 120, PSR ¶ 58. Moreover, discretionary condition of supervised release 21 mandates that VALENCIA "shall be surrendered to a duly authorized official of the Homeland Security Department for a determination on the issue of deportability." *See* 22 CR 120, Dkt. 60 at 4.

6. On August 18, 2023, counsel for the government spoke with a representative from the U.S. Marshals Service, who explained that the Bureau of Prisons will not compute the length of defendant's remaining

sentence in case 22 CR 120 because, although case 22 CR 120 has been resolved, case 21 CR 674 remains pending as to defendant.

7. Accordingly, the government respectfully requests that this Court dismiss, without prejudice, the charge in the complaint in case number 21 CR 674, solely as to defendant CLAUDIA MALDONADO VALENCIA.

Date: August 18, 2023

    Respectfully submitted,

    MORRIS PASQUAL
    Acting United States Attorney

By: */s/Edward A. Liva, Jr.*
    EDWARD A. LIVA, JR.
    KRISTEN TOTTEN
    Assistant United States Attorneys
    United States Attorney's Office
    219 South Dearborn Street, Fifth Floor
    Chicago, Illinois 60604
    (312) 353-5300